NOTICE: NOT FOR OFFICIAL PUBLICATION.
UNDER ARIZONA RULE OF THE SUPREME COURT 111(c), THIS DECISION IS NOT PRECEDENTIAL
AND MAY BE CITED ONLY AS AUTHORIZED BY RULE.

IN THE

# ARIZONA COURT OF APPEALS
### DIVISION ONE

---

STATE OF ARIZONA, *Respondent*,

*v.*

BRAULIO TREJO-MARTIN, *Petitioner*.

No. 1 CA-CR 14-0712 PRPC
FILED 1-12-2017

---

Petition for Review from the Superior Court in Maricopa County
No. CR2010-134281-001
The Honorable Christopher T. Whitten, Judge

**REVIEW GRANTED; RELIEF DENIED**

---

COUNSEL

Maricopa County Attorney's Office, Phoenix
By Diane Meloche
*Counsel for Respondent*

Braulio Trejo-Martin, Florence
*Petitioner Pro Se*

---

**MEMORANDUM DECISION**

Judge Paul J. McMurdie delivered the decision of the Court, in which Presiding Judge Diane M. Johnsen and Judge Jon W. Thompson joined.

---

**M c M U R D I E**, Judge:

**¶1**   Petitioner Braulio Trejo-Martin petitions this court for review of the summary dismissal of his second petition for post-conviction relief. Trejo-Martin pled guilty to molestation of a child and two counts of attempted molestation of a child in 2011. Trejo-Martin argues his trial counsel and his first post-conviction relief counsel were ineffective. He further argues the superior court erred when it imposed an aggravated term of imprisonment for the count of molestation of a child.

**¶2**   We deny relief. Trejo-Martin could have raised the sentencing issues as well as the claims of ineffective assistance of trial counsel in his first post-conviction relief proceeding. He could have raised the claims of ineffective assistance of his first post-conviction counsel in a timely second petition for post-conviction relief in 2012. Any claim a defendant could have raised in an earlier post-conviction relief proceeding is precluded. Ariz. R. Crim. P. 32.2(a). None of the exceptions under Rule 32.2(b) apply.

**¶3**   We grant review but deny relief.



AMY M. WOOD • Clerk of the Court
FILED: AA